**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In Re:

                                                Case No.: 8-09-77326-reg
                                                In Proceeding Under
                                                Chapter 7

**Anthony R. Veneroni**
**(SS# 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)**
**1780 White Street**                                   **NOTICE OF APPEARANCE**
**Bellmore, New York 11710**
                                    **Debtor.**
-------------------------------------------------------------x

**S I R (S): PLEASE TAKE NOTICE:**

        **THAT**, the Creditor, **STATE BANK OF LONG ISLAND,** appears in this Action and that the undersigned has been retained as attorney for the Creditor and demands that you serve all papers in this Action upon the undersigned at the address stated below.

**Dated:**       **East Islip, New York**
                **October 26, 2009**

                                                            Yours, etc.,

                                                            **PETER SEIDEMAN, ESQ.**
                                                            **Attorney for Creditor**
                                                             **State Bank of LI**
                                                             **136 East Main Street**
                                                            **East Islip, New York 11730**
                                                           **(631) 224-4040**

**TO:**    **UNITED STATES BANKRUPTCY COURT**
           **290 Federal Plaza**
           **P.O. Box 9013**
           **Central Islip, New York 11722**

| **RICHARD S. FEINSILVER** | **ROBERT L. PRYOR** |
|---|---|
| **Attorney for Debtor** | **Bankruptcy Trustee** |
| **One Old Country Road, Ste 125** | **675 Old Country Road** |
| **Carle Place, NY 11514** | **Westbury, NY 11590** |
| **(516)873-6330** | **(516) 997-0999** |

Case No.: 8-09-77326-reg                               Year: 2009

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In Re:**

**Anthony R. Veneroni**
**(SS# 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)**
**1780 White Street**
**Bellmore, New York 11710**

### NOTICE OF APPEARANCE

**PETER SEIDEMAN, ESQ.**
Attorney for Creditor
136 East Main Street
East Islip, New York 11730
(631) 224-4040

**To:**

**Attorney (s) for:** _____

**Service of a copy of the within** _____ **is hereby admitted.**

**Dated:**                                                              _____
                                                                                    **Attorney (s) for**

                                        Yours, etc.,

                                        _____
                                        **Signature Pursuant to 22NYCRR 130-1.1a**
                                        **By: Peter Seideman, Esq.**
                                        **Law Office of Peter Seideman**
                                        **Attorney for Creditor**
                                        **136 East Main Street**
                                        **East Islip, New York 11730**
                                        **(631) 224-4040**